[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-14607
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 1, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:03-cr-00210-ACC-GJK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL JAMES MONTGOMERY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 1, 2011)

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Michael James Montgomery in this

18 U.S.C. § 3582(c)(2) proceeding, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Montgomery a sentence reduction under § 3582(c)(2) is **AFFIRMED**.